IRA M. STEINBERG (SBN 273997)
ISteinberg@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Defendant
MEDVI, LLC d/b/a MEDVi

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KELLY BLAND, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MEDVI, LLC d/b/a MEDVi,

Defendant.

Case No. 2:26-cv-04323

**ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant Medvi, LLC d/b/a MedVi hereby answer Plaintiff's Class Action Complaint in the above-captioned action as follows:

1. Medvi denies that it has violated the Telephone Consumer Protection Act ("TCPA") or the relevant provisions of the Texas Business & Commerce Code ("TBCC").

2. Denied on the grounds that the texts messages are sent by marketing affiliates and not by Medvi itself.

3. Denied.

4. Denied.

/ / /

5. Denied on the grounds that the URL included in the marketing text messages include an affiliate identification number and other information, and not just "www.medvi.org."

6. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

7. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

8. Denied that a certifiable class exists or that Plaintiff is qualified to serve as the representative of the putative class.

9. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

10. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

11. Denied to the extent that Plaintiff is bound by an arbitration provision.

12. Denied to the extent that Plaintiff is bound by an arbitration provision.

13. Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

14. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

15. Denied on the grounds that Medvi is not headquartered in Los Angeles, California.

16. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

17. The February 20, 2026 letter is a public record that speaks for itself.

18. Medvi lacks sufficient information to admit or deny the request, and for that reason, denies.

19. The quoted order speaks for itself.

20. The cited regulations speak for themselves.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

21. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

22. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

23. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

24. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

25. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

26. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

27. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

28. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

29. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

30. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

31. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

32. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

33. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

34. Medvi's website is publicly viewable and speaks for itself.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

35. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

36. Denied that this paragraph fully and accurately describes the operations of Clicksend.

37. The use of the term "en masse" is vague and ambiguous, and therefore Medvi cannot admit or deny the paragraph.

38. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

39. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

40. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

41. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

42. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

43. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

44. Denied.

45. Denied.

46. Denied.

47. The cited article speaks for itself.

48. Denied.

49. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

50. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

51. The unverified and dubious Reddit post speak for itself. Medvi denies the substance of the claim in the Reddit post.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

59. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

60. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

61. Denied.

62. Denied.

63. The paragraph constitutes an assertion of law that Medvi is not required to admit or deny.

64. Denied that a certifiable class exists or that Plaintiff is qualified to serve as the representative of the putative class. Further denied on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

65. Denied that a certifiable class exists or that Plaintiff is qualified to serve as the representative of the putative class. Further denied on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

66. Denied that a certifiable class exists or that Plaintiff is qualified to serve as the representative of the putative class. Further denied on the grounds that

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

Plaintiff and all members of the putative class are bound by an arbitration provision.

67. Denied that a certifiable class exists or that Plaintiff is qualified to serve as the representative of the putative class. Further denied on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

68. Denied that a certifiable class exists or that Plaintiff is qualified to serve as the representative of the putative class. Further denied on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

69. Denied that a certifiable class exists or that Plaintiff is qualified to serve as the representative of the putative class. Further denied on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

70. Denied, including on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

71. Denied, including on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

72. Denied, including on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

73. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies. Further denied on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

74. Denied, including on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

75. Denied, including on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

76. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies. Further denied on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

77. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies. Further denied on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

78. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies. Further denied on the grounds that Plaintiff and all members of the putative class are bound by an arbitration provision.

79. Medvi incorporates its responses to the preceding paragraphs as if fully set forth herein.

80. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

81. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

82. Medvi lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

83. Denied.

84. Denied.

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

1. Plaintiff fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

(Lack of Ascertainable Class)

2. Plaintiff fails to identify and ascertainable and certifiable class. Plaintiff also fails to qualify a proper class representative.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**THIRD AFFIRMATIVE DEFENSE**

(Arbitration Provision)

3. Plaintiff is bound by a mandatory arbitration provision.

**FOURTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

4. Plaintiff's claim is barred in whole, or in party, by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

(Prior Consent)

5. Plaintiff's claims are barred in whole, or in part, to the extent Plaintiff consented to receive marketing messages from Defendant.

**SIXTH AFFIRMATIVE DEFENSE**

(Statute of Limitations)

6. Plaintiff's claims are barred in whole, or in part, by the applicable statute of limitations.

**SEVENTH AFFIRMATIVE DEFENSE**

(Laches)

7. Plaintiff's claims are barred in whole, or in part, under the doctrine of laches.

**EIGHTH AFFIRMATIVE DEFENSE**

(Other Defenses)

8. Defendant reserves the right to assert additional defenses upon discovery of further information concerning the alleged claims.

**PRAYER**

**WHEREFORE,** Defendant prays for judgment against Plaintiff as follows:

1. That Plaintiff takes nothing by way of this action;

2. That Defendant be awarded its attorney's fees and costs of suit to the extent allowed by law; and

3. That Defendant be awarded such other and further relief in its favor as the Court deems just and proper.

DATED: May 29, 2026

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Ira Steinberg
IRA M. STEINBERG (SBN 273997)
Attorneys for Defendant
MEDVI, LLC d/b/a MEDVi

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

# PROOF OF SERVICE

I am a resident of the state of California. I am over the age of eighteen years and not a party to the within-action. My business address is Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Suite 2600, Los Angeles, California 90067.

On May 29, 2026, I served a copy of the within document entitled **ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT** on the interested parties in this action as follows:

Christopher E. Roberts
**BUTSCH ROBERTS & ASSOCIATES LLC**
7777 Bonhomme Avenue
Suite 1300
Clayton, Missouri 63105

*Attorneys for Plaintiff*
*KELLY BLAND*

Telephone: (314) 863-5700
Facsimile: (314) 863-5711
Email: *CRoberts@butschroberts.com*

☐ **(BY MAIL)** By placing the document(s) listed above in sealed envelope(s) in a designated "OUT" box in the office of my employer. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid. (CCP Section 1013a, 2015.5, FRCP section 5(B), or FRAP 25(d).

☒ **(BY CM/ECF)** The document(s) listed above were also served on May 29, 2026 by electronic service by electronically filing said documents with the U.S. District Court, Central District of California Case Management/Electronic Case Filing (CM/ECF) system. Upon completion of transmission of said documents, a Notice of Electronic Filing (NEF) was issued to the filing party acknowledging receipt of said documents by the CM/ECF system and that notice had been electronically mailed to all parties.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 29, 2026, at Los Angeles, California.

Nancy L. Luis